# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 26, 2011

No. 10-31195

Lyle W. Cayce
Clerk

In the Matter of:  PHOENIX ASSOCIATES LAND SYNDICATE, INCORPORATED, doing business as Murphy Sand and Gravel,

Debtor

- - - - - - - - - - - - - - - - - - - - -

WILBUR J. BABIN, JR., in his capacity as Trustee of the Bankruptcy Estate of Phoenix Associates Land Syndicate, also known as Bill Babin, Jr.,

Appellee

v.

CADDO EAST ESTATES I, LIMITED; JET TRANSFER, L.L.C.; PRESTON TURBINES, L.L.C.; GRAYSON AVIATION I, L.L.C.; CEE TRANSFER, L.L.C.; LAKE TEXOMA JET CENTER, L.L.C.; RED RIVER TURBINES, L.L.C.,

Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana
(10-CV-896)

Before JONES, Chief Judge, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-31195

After considering the arguments made by the parties and the applicable law, we find no reversible error.  AFFIRMED.  *See* 5TH CIR. R. 47.6.